IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                        Plaintiff,                              JUDGMENT

    v.

                                                              18-mj-95-slc

CHRIS THEISEN,

                        Defendant.
_____

On August 29, 2018, this court accepted defendant Chris Theisen's guilty plea to the information filed in this case and ordered that: (1) Mr. Theisen forthwith must pay a $25 special assessment and a fine of $5000 earmarked for the North American Wetlands Conservation Fund Account (which has been done); and (2) Mr. Theisen shall be banned from and shall not apply for a depredation permit for a period of five years, namely until August 29, 2023.

      Entered this 31st day of August, 2018.

                                        BY THE COURT:

                                        /s/

                                        STEPHEN L. CROCKER
                                        Magistrate Judge